

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00794-CR

Xzavien **DAVIS-JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR7998
Honorable Jennifer Pena, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED.

SIGNED April 8, 2020.

Sandee Bryan Marion, Chief Justice